IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE PEELE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PRISON SYSTEM, C.F.C.F.; WARDEN DELANEY | : | No. 12-4877 |
| | : | |
| | : | |

# ORDER

AND NOW, this 8th day of April, 2015, upon consideration of plaintiff's complaint (paper no. 5), defendant Philadelphia Prison System's amended motion to dismiss (paper no. 17), and plaintiff's joint "motion for a jury trial" and "memorandum of law in opposition to defendant(s) motion to dismiss" (paper no. 21), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** the Philadelphia Prison System's amended motion to dismiss is **GRANTED**.

/s/ Norma L. Shapiro
J.