IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE PEELE,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| | : |
| **JOHN DELANEY,** | : NO. 12-4877 |
| | : |
| **Defendant.** | : |

**O R D E R**

**AND NOW**, this 2nd day of February, 2017, upon consideration of Defendant John Delaney's motion to dismiss (Doc. No. 30) and plaintiff's response in opposition to the motion (Doc. No. 33), **IT IS HEREBY ORDERED** that the motion to dismiss (Doc. No. 30) is **DENIED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.