IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE PEELE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-4877 |
| | : | |
| WARDEN DELANEY, | : | |
| Defendant. | : | |

**FILED**
JUN 20 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 18th day of June 2018, upon consideration of the defendant's motion for summary judgment (Doc. No. 53), and the plaintiff's response (Doc. No. 55),

**IT IS HEREBY ORDERED** that:

1. The defendant's motion is **GRANTED**.

2. The plaintiff's "dispositive motions request for admissions" (Doc. No. 54) and "petition for motion for pre-trial hearing" (Doc. No. 56) are **DENIED** as moot.

3. The Clerk of Court is directed to mark this case **CLOSED** for all purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, C.J.